# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

GOODCAT, LLC,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Plaintiff,　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　vs.　　　　　　　　　　　　)　　　1:16-cv-01514-RLY-DML
　　　　　　　　　　　　　　　　　　　　)
DAVID COOK, DAVID COLEMAN,　　　　)
DALE GRUBB, and MARJORIE　　　　　　)
MAGINN, in their official capacities as the　)
Indiana Alcohol and Tobacco Commission,　)
and the STATE OF INDIANA,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Defendants.　　　　)
_____　　)
　　　　　　　　　　　　　　　　　　　　)
CLOUDTOWN, LLC, DB VAPES, LLC,　　 )
DNM VENTURES, LLC, VAPOR BANK　　 )
E-LIQUID, LLC, LICENSED E-LIQUID　　 )
MANUFACTURING LLC, and　　　　　　　)
VAPEING, LLC,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Intervenor-Defendants.　)

## FINAL JUDGMENT

Consistent with the Order issued this day, the court now enters final judgment in

favor of Plaintiff, and against Defendants and Intervenor-Defendants.

**SO ORDERED** this 10th day of April 2017.


Laura Briggs, Clerk　　　　　　　　　　　　　RICHARD L. YOUNG, JUDGE
United States District Court　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana
_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.